

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | No. 08-22-00221-CV |
| IN RE COMMITMENT OF | § | Appeal from the |
| GEORGE DYER, | § | 147th District Court |
| Appellant. | § | of Travis County, Texas |
| | § | (TC# D-1-GN-20-007813) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 23RD DAY OF JUNE, 2023.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.